```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 07180
    DORIS G WILLIAMS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2991


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/19/2006 and was confirmed 10/05/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY          19329.41             .00         2258.77
INTERNAL REVENUE SERVICE   SECURED             900.00           40.01          900.00
ASSET ACCEPTANCE LLC       UNSECURED           144.02             .00             .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00             .00
CAPITAL ONE                UNSECURED           925.15             .00             .00
CAPITAL ONE                UNSECURED           648.37             .00             .00
CALVARY PORTFOLIO SVCS     UNSECURED         NOT FILED            .00             .00
CB USA INC                 UNSECURED         NOT FILED            .00             .00
CRED PROTECTION ASSOCIAT   UNSECURED         NOT FILED            .00             .00
DEPENDON COLLECTION SE     UNSECURED         NOT FILED            .00             .00
DEPENDON COLLECTION SE     UNSECURED         NOT FILED            .00             .00
ENCORE RECEIVABLE MANAGE   UNSECURED         NOT FILED            .00             .00
FASHION BUG/SOANB          UNSECURED           428.24             .00             .00
HARRIS                     UNSECURED         NOT FILED            .00             .00
HARRIS                     UNSECURED         NOT FILED            .00             .00
IC SYSTEMS                 UNSECURED         NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         85261.89             .00             .00
LVNV FUNDING               UNSECURED         NOT FILED            .00             .00
MEDICAL COLLECTION         UNSECURED         NOT FILED            .00             .00
MEDICAL COLLECTION         UNSECURED         NOT FILED            .00             .00
MRSI                       UNSECURED         NOT FILED            .00             .00
NCO FINANCIAL SYSTEM       UNSECURED         NOT FILED            .00             .00
NCO FINANCIAL              UNSECURED           467.36             .00             .00
NICOR GAS                  UNSECURED         NOT FILED            .00             .00
OVERLAND BOND & INVESTME   UNSECURED         NOT FILED            .00             .00
PROFESSIONAL CREDIT SERV   UNSECURED         NOT FILED            .00             .00
TRUSTMARK RECOVERY         UNSECURED         NOT FILED            .00             .00
WEST ASSET MANAGEMENT      UNSECURED         NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED           380.29             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,318.50                         2,318.50
TOM VAUGHN                 TRUSTEE                                              345.72
DEBTOR REFUND              REFUND                                               831.00


                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07180 DORIS G WILLIAMS
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                6,694.00

PRIORITY                                      2,258.77
SECURED                                         900.00
    INTEREST                                     40.01
UNSECURED                                          .00
ADMINISTRATIVE                                2,318.50
TRUSTEE COMPENSATION                            345.72
DEBTOR REFUND                                   831.00
                     --------------        --------------
TOTALS                 6,694.00               6,694.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 04/23/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                         PAGE   2
        CASE NO. 06 B 07180 DORIS G WILLIAMS